565 A.2d 159

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING**

v.

**William Hugh COCHRANE, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1989.

Decided Nov. 1, 1989.

Stanton M. Lacks, Philadelphia, for appellant.

Harold H. Cramer and David R. White, Asst. Counsels, John L. Heaton, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., dissents.